

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00359-CV

**PRIORITY TOWING, INC.**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-13-58
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on August 25, 2016. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 26, 2016. On September 19, 2016, the appellant filed a motion requesting an additional extension of time to file the brief until October 26, 2016, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by October 26, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court